UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMARI LAJA MOORE,<br><br>                     Plaintiff,<br><br>vs.<br><br>STEPHEN SINCLAIR, GARY PIERCE, CAL BLACKHAM, STEPHEN SUNDBERG, RON KNIGHT, SUSAN BARNHART, JUAN PALOMO, SCOTT BUTTICE, CHRIS BOWMAN, CHARLES PEAS and D. BAKER,<br><br>                     Defendants. | NO.  4:14-cv-05101-JPH<br><br>REPORT AND RECOMMENDATION TO GRANT MOTIONS TO VOLUNTARILY DISMISS AND TO WAIVE COLLECTION OF FILING FEE |

     BEFORE THE COURT on Report and Recommendation is Plaintiff Omari Laja Moore's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS RECOMMENDED** Plaintiff's Motion, ECF No. 18, be **GRANTED** and the Complaint be **DISMISSED WITHOUT PREJUDICE.**

     Plaintiff also filed a Motion to waive collection of the remaining balance of the filing fee in this action. For good cause shown, **IT IS RECOMMENDED** that Plaintiff's Motion, ECF No. 19, be **GRANTED** and the institution having custody of Mr. Moore be directed to cease collection of the filing fee in this action, cause number 4:14-cv-05101-JPH.

//

REPORT AND RECOMMENDATION TO GRANT MOTIONS TO VOLUNTARILY DISMISS AND TO WAIVE COLLECTION OF FILING FEE -- 1

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within fourteen (14) days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(e), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72; LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

**IT IS SO RECOMMENDED.** The District Court Executive is directed to enter this Report and Recommendation, forwarded a copy to Plaintiff and SET A CASE MANAGEMENT DEADLINE ACCORDINGLY.

**DATED** this 21st day of November, 2014.

*S/ James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO GRANT MOTIONS TO VOLUNTARILY DISMISS AND TO WAIVE COLLECTION OF FILING FEE -- 2