UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMARI LAJA MOORE,<br><br>                    Plaintiff,<br><br>  v.<br><br>STEPHEN SINCLAIR, GARY PIERCE, CAL BLACKHAM, STEPHEN SUNDBERG, RON KNIGHT, SUSAN BARNHART, JUAN PALOMO, SCOTT BUTTICE, CHRIS BOWMAN, CHARLES PEAS and D. BAKER,<br><br>                    Defendants. | NO:  4:14-CV-5101-RMP<br>     formerly 4:14-CV-5101-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Hutton filed a Report and Recommendation, ECF No. 20, recommending Mr. Moore's Motion to Voluntarily Dismiss this action be granted. Defendants have not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, **ECF No. 18**, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING
COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT
COLLECTION OF THE FILING FEE CEASE --1

1  **IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee, **ECF No. 19**, is **GRANTED** and the institution having custody of Mr. Moore shall cease collection of the filing fee in this action, cause number **4:14-cv-05101-JTR.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file. The District Court Executive is further directed to send a copy of this Order to the **Office of the Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 15th day of December 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE --2