# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

OMARI LAJA MOORE,

   *Plaintiff*

v.

STEPHEN SINCLAIR, et al,

   *Defendant*

Civil Action No. 4:14-CV-5101-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion, ECF No. 18, is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: December 15, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
   *(By) Deputy Clerk*
Cheryl Cambensy